

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2015

No. 04-14-00429-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**CASEY INDUSTRIAL, INC.,**
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-06252
Honorable Michael E. Mery, Judge Presiding

## O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
        Karen Angelini, Justice
        Marialyn Barnard, Justice
        Rebeca C. Martinez, Justice
        Patricia O. Alvarez, Justice
        Luz Elena D. Chapa, Justice
        Jason K. William, Justice

On February 3, 2015, this court issued an order withdrawing our December 31, 2014 opinion and judgment in this appeal. Appellant's motion for en banc reconsideration is moot.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2015.

_____
Keith E. Hottle
Clerk of Court